**Order filed July 15, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00529-CR
_____

### AUSTIN LEE HARMON A/K/A AUSTIN LEE HARMON SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Court Cause No. 13-16249**

## O R D E R

By order of the Texas Supreme Court, this appeal was transferred to this court from the Court of Appeals for the Ninth District of Texas. The clerk's record was filed July 10, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, we issue the following order:

The Jefferson County District Clerk is directed to file a supplemental clerk's record on or before **July 31, 2014**, containing the judgment of conviction and sentence entered on or about June 13, 2014.

PER CURIAM